750 S.E.2d 91

## Re PROBATE COURT JUDGES ADVISORY COMMITTEE.

Supreme Court of South Carolina.

Oct. 23, 2013.

## ORDER

JEAN H. TOAL, Chief Justice.

Pursuant to the provisions of S.C. Const. Art. V, § 4,

**IT IS ORDERED THAT** the current membership of the Probate Court Judges Advisory Committee shall be composed of the following: an eleven member body, consisting of six at-large members and the five officers of the S.C. Association of Probate Judges. The At-large representatives shall serve a two-year term ending October 31, 2015 as listed below. Further, the representatives from the S.C. Association of Probate Judges shall serve a term that coincides with their respective term in office.

### At–Large representatives:

The Honorable Amy W. McCulloch, Richland County, Chairperson

The Honorable Debora A. Faulkner, Greenville County

The Honorable Ponda A. Caldwell, Spartanburg County

The Honorable Deirdre W. Edmonds, Horry County

The Honorable Ashley H. Amundson, Colleton County

The Honorable Kenneth E. Fulp, Jr., Beaufort County

### S.C. Association of Probate Judges Officers:

President

1st Vice President

2nd Vice President

Secretary–Treasurer

Immediate Past President

The committee shall provide advice and recommendations regarding the improvement of justice in the Probate Courts of South Carolina. This order will take effect on November 1, 2013.

**IT IS SO ORDERED.**

/s/Jean H. Toal, J.
  FOR THE COURT